

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

November 21, 1961

Honorable Wm. B. Bourke　　Opinion No. WW-1196
County Attorney
Daingerfield, Texas　　　　Re: Whether the uniform
　　　　　　　　　　　　　　　traffic laws are violat-
　　　　　　　　　　　　　　　ed when a driver of
　　　　　　　　　　　　　　　a motor vehicle in pass-
　　　　　　　　　　　　　　　ing another vehicle
　　　　　　　　　　　　　　　crosses the center stripe
　　　　　　　　　　　　　　　of the highway in a
　　　　　　　　　　　　　　　passing zone but passes
　　　　　　　　　　　　　　　back to the right side
　　　　　　　　　　　　　　　of the road in a non-
Dear Mr. Bourke:　　　　　　passing zone.

　　　　You have requested an opinion from this office as
follows:

　　　　Would it be a violation of the uniform traffic
　　　　laws when a person begins to pass a car to the
　　　　left hand side of the center stripe when the
　　　　same is in an area designated by the Texas
　　　　Highway Department as a passing zone but before
　　　　the completion of the passing, he returns to
　　　　the right hand side of the highway in an area
　　　　designated by the Texas Highway Department as
　　　　a no-passing zone?

　　　　The following provisions of Article 6701d are
applicable:

　　　　"Sec. 52.　Upon all roadways the driver of
　　　　a vehicle shall drive upon the right half of
　　　　the roadway, except as follows:

　　　　"1.　When overtaking and passing another
　　　　vehicle proceeding in the same direction
　　　　under the rules governing such movement;...

　　　　"Sec. 57.　(a)　No vehicle shall at any
　　　　time be driven to the left side of the road-
　　　　way under the following conditions:

　　　　"1.　Where sight restriction is such that

the section of highway being traversed lies within a no passing zone as determined and marked in accordance with Section 58.

"Sec. 58. The State Highway Commission is hereby authorized to determine those portions of any highway where overtaking and passing or driving to the left of the roadway would be especially hazardous and may by appropriate signs or markings on the roadway indicate the beginning and end of such zones and when such signs or markings are in place and clearly visible to an ordinarily observant person every driver of a vehicle shall obey the directions thereof." (Emphasis added)

Construing Sections 57 and 58 together, this office is of the opinion that at no time may a vehicle be traveling on the left side of the road within a no-passing zone appropriately marked by the State Highway Commission, and that any car traveling on the left side of the road in a zone so designated or marked is violating Article 6701d.

## S U M M A R Y

It is a violation of the uniform traffic laws for a person to begin to pass a car to the left hand side of the center stripe when the same is in an area designated by the Texas Highway Department as a passing zone if he returns to the right hand side of the highway in an area designated by the Texas Highway Department as a no-passing zone, whether he passes the car or not. The violation occurs by traveling on the left hand side of the road in a zone appropriately marked by the State Highway Commission as a no-passing zone.

Yours very truly,

WILL WILSON
Attorney General of Texas

By J. S. Walker
J. T. Walker
Assistant Attorney
General

Honorable Wm. B. Bourke, page 3  (WW-1196)


JTW:sh:bjh

APPROVED:

OPINION COMMITTEE:
W. V. Geppert, Chairman

Mary K. Wall
W. Ray Scruggs
W. O. Shultz
Bob Shannon

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Houghton Brownlee, Jr.